IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TEXARKANA DIVISION

| | | |
|---|---|---|
| STEVEN E. BONDS | § | |
| VS. | § | CIVIL ACTION NO. 5:09cv174 |
| KEITH ROY, ET AL. | § | |

MEMORANDUM OPINION AND ORDER

Petitioner Steven E. Bonds, an inmate confined at the Federal Correctional Institution in Texarkana, Texas, proceeding *pro se*, brings this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

Discussion

On December 3, 2009, petitioner filed a motion to dismiss the above-styled action. Pursuant to Federal Rule of Civil Procedure 41(a), petitioner is entitled to voluntarily dismiss his action prior to the service of adverse parties. As the respondents have not been served in this action, petitioner's motion to dismiss should be granted.

O R D E R

For the foregoing reasons, petitioner's motion to dismiss the action is hereby **GRANTED**. A final judgment will be entered dismissing this action pursuant to FED. R. CIV. P. 41(a).

**SIGNED this 4th day of January, 2010.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE